05-15-00875-CV

CAUSE NO. CC-15-02674-B

| | | |
|---|---|---|
| WELLS FARGO BANK NA, | ) | IN THE COUNTY COURT OF APPEALS |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v | ) | AT LAW NO. 2 |
| | ) | |
| ROWENA REYES AND ALL OCCUPANTS | ) | |
| | ) | |
| Defendant. | ) | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/20/2015 10:18:48 AM
LISA MATZ
Clerk

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW ROWENA REYES Defendant herein, and files this Notice of Appeal, respectfully showing unto the Court as follows:

On June 18, 2015, the Court granted Plaintiff's request for relief, granting unto it the immediate right to possession of the property at issue in this case. Defendant does and hereby appeals the Court's ruling and order signed on June 18, 2015.

Respectfully submitted,

/s/ Wade Kricken

Wade Kricken
State Bar No. 24034527
P. O. Box 3208
McKinney, Texas
214.256.9288 – office
214.593.3108 – facsimile
wade@krickenlawfirm.com

ATTORNEY FOR DEFENDANT
ROWENA REYES